

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COUNTY OF EL PASO, TEXAS and EL PASO COUNTY SHERIFF'S DEPARTMENT, | § | No. 08-13-00082-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| LISA LATIMER, | § | (TC#2010-2297) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's denial of Appellants' plea to the jurisdiction. We therefore affirm the trial court's order denying Appellants' plea to the jurisdiction. We further order that Appellee recover from Appellants all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MAY, 2014.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.